UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY JOSHUA STRAUSS,

    Petitioner,                                    Case No. 18-cv-12790
                                                 Hon. Matthew F. Leitman

v.

J.A. TERRIS,

    Respondent.

_____/

## **JUDGMENT**

The above entitled came before the Court on a Petition for a Writ of Habeas Corpus. In accordance with the Opinion and Order entered on September 9, 2019:

The Petition for a Writ of Habeas Corpus is DENIED WITH PREJUDICE.

Dated at Flint, Michigan, this 9th day of September, 2019.

                                                          DAVID J. WEAVER
                                                          CLERK OF COURT

                                         By:    s/Holly A. Monda
                                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

1